EROTIC SERVICE PROVIDER LE-GAL EDUCATION AND RESEARCH PROJECT; K.L.E.S.; C.V.; J.B., Plaintiffs–Appellants,

v.

George GASCON, in his official capacity as District Attorney for the City and County of San Francisco; Edward S. Berberian, Jr., in his official capacity as District Attorney of the County of Marin; Nancy E. O'Malley, in her official capacity as District Attorney for the County of Alameda; Jill Ravitch, in her official capacity as District Attorney of the County of Sonoma; Xavier Becerra,* Attorney General, in her official capacity as Attorney General of the State of California, Defendants–Appellees.

No. 16-15927

United States Court of Appeals, Ninth Circuit.

Filed February 2, 2018

Before: Consuelo M. Callahan and Carlos T. Bea, Circuit Judges, and Jane A. Restani,** Judge.

## ORDER

This order amends the opinion filed for this case on January 17, 2018. The last sentence of the second full paragraph on page 17 of the slip opinion currently reads: "For commercial speech to receive First Amendment protection, however, it must: (1) concern lawful activity and not be misleading; (2) serve a substantial government interest; (3) directly advance the governmental interest asserted; and (4) be narrowly tailored. *Id.* at 566." That sentence is now replaced with: "For commercial speech to receive First Amendment protection (1) the speech must concern lawful activity and not be misleading; (2) the challenged restriction must serve a substantial government interest; (3) the restriction must directly advance the governmental interest asserted; and (4) the restriction must be narrowly tailored. *Id.* at 566."

---

* Xavier Becerra is substituted for his predecessor, Kamala Harris. Fed. R. App. P. 43(c)(2).

** The Honorable Jane A. Restani, Judge for the United States Court of International Trade, sitting by designation.